# INCIDENT REPORT

| Facility: | Hardeman County | Incident Number: | 2022-0113-632-I |
|---|---|---|---|

| Incident Date/Time (HRS): | 10/20/2022 09:20 hours |
|---|---|

| Facility Damage: | None |
|---|---|

| Incident Location: | Facility Property \ Ops Areas \ Medical |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| I | Death Under Investigation |

| Other Priority Description: | |
|---|---|

## DESCRIPTION OF INCIDENT:

Brief Description of Incident: On 10/20/2022 At Approximately 0840 hours. Officer ▇▇▇ called a medical emergency In HC cell # 209. Inmate Moss James tdoc # 400026 was found unresponsive inside of his cell. Medical andamp; security staff responded to the scene. CPR was started with AED inside of the cell by security and medical staff. Inmate Moss was escorted to medical for further evaluation. While in medical HCCF medical staff administered 6 doses of narcan. Medical Charge Nurse ▇▇▇ called and notified Shift Supervisor Theodore Williams at 0907 hours that inmate Moss James tdoc # 400026 needed to be transported to Bolivar Hospital. Per medical the inmate was still unresponsive. Medical history includes Hypertension andamp; Asthma, No Covid or vaccine info. Officer ▇▇▇ will be riding along in the ambulance, Sgt ▇▇▇ trailing in facility van # 1645. On 10/20/2022 at approximately 0920 hours, Dr. ▇▇▇ at Bolivar Hospital pronounced inmate Moss deceased at 0920 hours over the phone. The cause of Inmate Mossandapos;s death is still pending investigation.

Per inmate Hardinandapos;s medical file, medical conditions: Hypertension andamp; Asthma

DOB: ▇▇▇   Age: 37

Race/Sex: Black/Male
Intake date: 4/1/2021 HCCF
Current Charge/status: Aggravated Assault , Aggravated Robbery, Att Aggravated Burglary, Aggravated Burglary
Sentence Begins: 8/17/2017 @ 10 year sentence  Sentence Expiration: 10/10/2026
Notifications:
ADO: Assistant Warden Shameka Bivens notified at 0921 by Shift Supervisor Theodore Williams
Warden: Vincent Vantell notified at 0922 hrs
Contract Monitor: ▇▇▇ notified at 0921 hrs. by Shift Supervisor Williams
Managing Director: ▇▇▇ notified @ 0950 by Warden Vantell
OIC Director notified by Contract Monitor ▇▇▇
OIC SAIC notified by ADO
Correctional Administrator (TDOC): ▇▇▇ notified by Contract Monitor ▇▇▇
CCC: ▇▇▇ notified at 0953 by Shift Supervisor Theodore Williams
IOT-1554755
Ticket # LH03

Shift Supervisor: Theodore Williams

| Inmates/Residents Involved? | Yes |
|---|---|

## INVOLVED PEOPLE:

# INCIDENT REPORT

5-1A

| Inmate/Resident Name(s) & Number | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|
| JAMES MOSS (00400026) | TN DOC | Participant | Refused | No |

| Employee Name(s) & Number | Employee Title | Witness or Participant | 5-1C Attached? | Injuries |
|---|---|---|---|---|
| | | | | |

| Medical Evaluation Completed? | Yes |
|---|---|

## HEALTH SERVICES PERSONNEL CONDUCTING EXAMINATIONS:

| Name | Title |
|---|---|
| ▮ | LPN |

| Weapons Discovered? | No | How Many? | |
|---|---|---|---|
| Weapon Description | | Weapon Location | |

| Cell Phones Discovered? | No | How Many? | |
|---|---|---|---|

| Inmate/Resident Disciplinary Charges Filed? | N/A |
|---|---|

| Inmate/Resident Name(s) & Number | Segregation and/or PHD | Property Inventory Completed |
|---|---|---|
| | | |

| Incident Videotaped? | N/A |
|---|---|
| Name/Title of Camera Operator: | |
| If Not Recorded, Explain: | |
| Photos of injuries, contraband, or property? | Yes  How Many? 3 |
| If No Photos, Explain: | |
| Name/Title of Photo Taker: | Theodore Williams Shift Supervisor |

## EVIDENCE INFORMATION:

| Evidence recovered during incident? | No |
|---|---|
| Chain of Custody Maintained: | No |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

File Name: 51A_Report.pdf

## INCIDENT REPORT

| Evidence Description: | |
|---|---|
| **Evidence Current Location:** | |
| **Name/Title of Person Discovering Evidence:** | |
| **Criminal Charges:** | No |

## Notifications:

### Facility Notifications:

| Person Notified | Date/Time Notified | Notified By | ADO? |
|---|---|---|---|
| ADO AW Bivens | 10/20/22 0921 | Theodore Williams | Yes |

### FSC Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Managing director ▮▮▮▮▮ | 10/20/22 | 5-1 |

### Contracting Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| Contract Monitor ▮▮▮▮▮ | 10/20/22 0921 | Theodore Williams |

### Outside Agency Notifications:

| Person Notified | Date/Time Notified | Notified By |
|---|---|---|
| | | |

| Referred for Investigation by Warden/Administrator or ADO? | No |
|---|---|
| **Prepared By:** Theodore Williams | **Title:** Shift Supervisor |
| **Completed Date/Time:** | 10/20/2022 20:00hours |

| Name | Job Title | Date and Time Signed |
|---|---|---|
| Theodore Terry Williams iii | SHIFT SUPERVISOR | 10/20/2022 19:55 hrs. |